UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____ Division

In re

Case No.

Chapter

Debtor(s)

**COVER SHEET FOR LIST OF CREDITORS**

*FILED 2020 FEB 28 PM 2:52 U.S. BANKRUPTCY COURT RICHMOND DIVISION*

    I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on computer diskette or by a typed hard copy in scannable format, with Request for Waiver attached, is a true, correct and complete listing to the best of my knowledge.

    I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

    Master mailing list of creditors submitted via:

(a) _____ computer diskette listing a total of _____ creditors; or

(b) _X_ scannable hard copy, with Request for Waiver attached, consisting of _____ pages, listing a total of _____ creditors

_____ KEVIN DOHERTY
Debtor

_____
Joint Debtor

Date: 02/25/KCD 04/04/2020

*[Check if applicable]* _____ Creditor(s) with foreign addresses included on disk/hard copy.

[diskcs ver. R-1/2003]

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

_____Division

In re

Case No.

Debtor(s)          Chapter

## REQUEST FOR WAIVER

The debtor(s) hereby request(s) that the Court waive the requirement of the mailing matrix submission on a computer diskette as required by LBR 1007-1. Due to financial constraints and the inability to access the equipment necessary to comply with this requirement, the petitioner requests acceptance of the matrix submitted in the hard-copy scannable format.

The debtor understands that if the court denies the request, the debtor or the attorney for the debtor shall submit the list of creditors on computer diskette no later than three (3) business days after the clerk's notification that the request has been denied.

_____KEVIN DOHERTY_____
Debtor

_____
Joint Debtor

Date: 02/25/ KCD
      01/04/2020

(ver 4/1/2003)